1  MICHAEL D. GREEN, ESQ., SB# 214142
   mgreen@abbeylaw.com
2  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
   100 Stony Point Road, Suite 200
3  P.O. Box 1566
   Santa Rosa, CA  95402-1566
4  Telephone:   707-542-5050
   Facsimile:    707-542-2589
5

6  Attorneys for Plaintiffs

7

8                 UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11  ESTATE OF JIMMY RAY HATFIELD;          )  CASE NO.:   4:11-cv-02396 PJH
    R.H., a minor, by and through her Guardian  )
12  Ad Litem, ELIZABETH TOWN; and K.H.,    )  [proposed] ORDER PURSUANT TO
    a minor, by and through her Guardian Ad  )  STIPULATION OF PLAINTIFFS AND
13  Litem, ELIZABETH TOWN;  WILLIAM        )  DEFENDANTS ADVENTIST HEALTH
    HATFIELD;  and JUDY HATFIELD;          )  CLEARLAKE, INC, d/b/a St. Helena Hospital
14                                          )  Clearlake AND LISA DENNY REGARDING
                      Plaintiffs,           )  MOTION TO DISMISS
15         v.                               )
                                            )
16  COUNTY OF LAKE; LAKE COUNTY            )
    SHERIFF'S DEPARTMENT; RODNEY           )
17  MITCHELL; JASON FINDLEY; JEREMY        )
    WICHLAZ; RYAN WEST; MICHAEL            )
18  HARTMAN; MARI GALLARDO;                )
    ROBERTA BRUCK; JANICE MILLS;           )
19  YVETTE PADDILA; LAKE COUNTY            )
    DEPARTMENT OF MENTAL HEALTH;           )
20  KRISTY KELLY; PATRICIA TRUJILLO;       )
    CITY OF CLEARLAKE; CLEARLAKE           )
21  POLICE DEPARTMENT; ALLAN               )
    McCLAIN, TIMOTHY HOBBS; RODD           )
22  JOSEPH; LAUREN VANCE; TRAVIS           )
    LENZ; TYLER PAULSEN; CALIFORNIA        )
23  FORENSIC MEDICAL GROUP, INC.;          )
    ROBIN BRIGGS;  KC GRIGSBY;  F.         )
24  ANTONIO;  ADVENTIST HEALTH             )
    CLEARLAKE HOSPITAL, INC. d/b/a St.     )
25  Helena Hospital Clearlake;  LISA DENNY; )
    WILLIAM T. DURKIN, Jr., M.D.,          )
26  WILLIAM T. DURKIN, Jr., M.D., INC.;  et )
    al.                                     )
27                      Defendants,         )

28  ///

                          -1-

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589

1  PURSUANT TO STIPULATION, THE COURT ORDERS THE FOLLOWING:

2        1.     The  Motion to Dismiss brought by ADVENTIST HEALTH CLEARLAKE, INC,

3  d/b/a St. Helena Hospital Clearlake and LISA DENNY  is hereby withdrawn;

4        2.     Plaintiffs Fourth Cause of Action for General Negligence is dismissed, without

5  prejudice, as against ADVENTIST HEALTH CLEARLAKE, INC, d/b/a St. Helena Hospital

6  Clearlake and LISA DENNY **only**;

7        3.     Plaintiffs prayer for punitive damages is stricken, without prejudice, as against

8  ADVENTIST HEALTH CLEARLAKE, INC, d/b/a St. Helena Hospital Clearlake and  LISA

9  DENNY **only** and without prejudice to Plaintiff's right to later move for leave to amend the

10  Complaint to add a prayer for punitive damages against  ADVENTIST HEALTH CLEARLAKE,

11  INC, d/b/a St. Helena Hospital Clearlake and  LISA DENNY.

12        4.     Defendants ADVENTIST HEALTH CLEARLAKE, INC, d/b/a St. Helena

13  Hospital Clearlake and LISA DENNY shall file their Answer to Plaintiffs complaint by August

14  24, 2011.

15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED:

17

18  DATED:   8/12/11            By_____

19                              THE HONORABLE _____ HAMILTON



20

21

22

23

24

25

26

27

28

ORDER RE MOTION TO DISMISS                                     4:11-cv-02396 PJH