1  Eric Anthony Gale, (SBN 172719)
   E-mail: egale@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   2440 West El Camino Real, Suite 620
3  Mountain View, CA 94040-1499
   Tel: 650.327.2672   Fax: 650.688.8333
4
   Attorneys for Defendants
5  COUNTY OF LAKE, LAKE COUNTY SHERIFF'S
   DEPARTMENT, RODNEY MITCHELL, JASON
6  FINDLEY, JEREMY WICHLAZ, RYAN WEST,
   MICHAEL HARTMAN, MARI GALLARDO,
7  ROBERTA BRUCK, JANICE MILLS, YVETTE
   PADILLA, LAKE COUNTY DEPARTMENT OF
8  MENTAL HEALTH, KRISTY KELLY, and
   PATRICIA TRUJILLO
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

| ESTATE OF JIMMY RAY HATFIELD; R.H., a minor, by and through them Guardian Ad Litem, ELIZABETH TOWN; and K.H., a minor, by and through them Guardian Ad Litem ELIZABETH TOWN; WILLIAM HATFIELD; and JUDY HATFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LAKE, LAKE COUNTY SHERIFF'S DEPARTMENT, RODNEY MITCHELL, JASON FINDLEY, JEREMY WICHLAZ, RYAN WEST, MICHAEL HARTMAN, MARI GALLARDO, ROBERTA BRUCK, JANICE MILLS, YVETTE PADILLA, LAKE COUNTY DEPARTMENT OF MENTAL HEALTH, KRISTY KELLY, PATRICIA TRUJILLO, CITY OF CLEARLAKE, CLEARLAKE POLICE DEPARTMENT, ALLAN MCCLAIN, TIMOTHY HOBBS, RODD JOSEPH, LAUREN VANCE, TRAVIS LENZ, TYLER PAULSEN, CALIFORNIA FORENSIC MEDICALGROUP, INC., ROBIN BRIGGS, KC GRIGSBY, F. ANTONIO, ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. d/b/a St. Helena Hospital Clearlake, LISA DENNY, WILLIAM T. DURKIN, JR., M.D., WILLIAM T. DURKIN, JR., M.D., INC., and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 4:11-cv-02396 PJH<br><br>**STIPULATION BY ALL PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 7-12** |
|---|---|

THE PARTIES HEREBY RESPECTFULLY REQUEST AND STIPULATE by and through their respective attorneys of record, to continue the Case Management Conference originally set for August 25, 2011 to September 29, 2011, or as soon thereafter as the matter may be heard.

The reason for the requested continuance is that a Motion to Dismiss has recently been filed and is scheduled for September 7, 2011 and all parties have not yet appeared in this case. Counsel for all parties who have appeared have conferred regarding these issues at their recent FRCP 26(f) conference and are in agreement that it would be most prudent to have the Motion to Dismiss heard and all parties' appearances before the Initial Case Management Conference goes forward.

Respectfully submitted and stipulated,

Dated: August ___, 2011

Burke, Williams & Sorensen, LLP

By: _____
Eric Anthony Gale
Attorneys for Defendants, County of Lake, Lake County Sheriff's Department, Rodney Mitchell; Jason Findley; Jeremy Wichlaz, Ryan West; Michael Hartman; Mari Gallardo; Roberta Bruck; Janice Mills; Yvette Padilla; Lake County Department of Mental Health; Kristy Kelly; and Patricia Trujillo

Dated: August ___, 2011

Abbey, Weitzenberg, Warren & Emery, P.C.

By: _____
Michael D. Green, Esq.
Attorneys for Plaintiffs

Dated: August ___, 2011

Trimble, Sherinian & Varanini

By: _____
Jerome M. Varanini, Esq.
Attorneys for Defendants California Forensic Medical Group, Inc., Robin Briggs and F. Antonio

1  THE PARTIES HEREBY RESPECTFULLY REQUEST AND STIPULATE by and
2  through their respective attorneys of record, to continue the Case Management Conference
3  originally set for August 25, 2011 to September 29, 2011, or as soon thereafter as the matter
4  may be heard.

5  The reason for the requested continuance is that a Motion to Dismiss has recently
6  been filed and is scheduled for September 7, 2011 and all parties have not yet appeared in
7  this case. Counsel for all parties who have appeared have conferred regarding these issues
8  at their recent FRCP 26(f) conference and are in agreement that it would be most prudent to
9  have the Motion to Dismiss heard and all parties' appearances before the Initial Case
10 Management Conference goes forward.

Respectfully submitted and stipulated,

Dated: August ___, 2011    Burke, Williams & Sorensen, LLP

By: _____
Eric Anthony Gale
Attorneys for Defendants, County of Lake, Lake County Sheriff's Department, Rodney Mitchell; Jason Findley; Jeremy Wichlaz, Ryan West; Michael Hartman; Mari Gallardo; Roberta Bruck; Janice Mills; Yvette Padilla; Lake County Department of Mental Health; Kristy Kelly; and Patricia Trujillo

Dated: August 4, 2011    Abbey, Weitzenberg, Warren & Emery, P.C.

By: _____
Michael D. Green, Esq.
Attorneys for Plaintiffs

Dated: August ___, 2011    Trimble, Sherinian & Varanini

By: _____
Jerome M. Varanini, Esq.
Attorneys for Defendants California Forensic Medical Group, Inc., Robin Briggs and F. Antonio

1 THE PARTIES HEREBY RESPECTFULLY REQUEST AND STIPULATE by and through their respective attorneys of record, to continue the Case Management Conference originally set for August 25, 2011 to September 29, 2011, or as soon thereafter as the matter may be heard.

The reason for the requested continuance is that a Motion to Dismiss has recently been filed and is scheduled for September 7, 2011 and all parties have not yet appeared in this case. Counsel for all parties who have appeared have conferred regarding these issues at their recent FRCP 26(f) conference and are in agreement that it would be most prudent to have the Motion to Dismiss heard and all parties' appearances before the Initial Case Management Conference goes forward.

Respectfully submitted and stipulated,

Dated: August ___, 2011        Burke, Williams & Sorensen, LLP

By: _____
Eric Anthony Gale
Attorneys for Defendants, County of Lake, Lake County Sheriff's Department, Rodney Mitchell; Jason Findley; Jeremy Wichlaz, Ryan West; Michael Hartman; Mari Gallardo; Roberta Bruck; Janice Mills; Yvette Padilla; Lake County Department of Mental Health; Kristy Kelly; and Patricia Trujillo

Dated: August ___, 2011        Abbey, Weitzenberg, Warren & Emery, P.C.

By: _____
Michael D. Green, Esq.
Attorneys for Plaintiffs

Dated: August 4, 2011          Trimble, Sherinian & Varanini

By: _____
Jerome M. Varanini, Esq.
Attorneys for Defendants California Forensic Medical Group, Inc., Robin Briggs and F. Antonio

| | | |
|---|---|---|
| 1 | Dated: August 5, 2011 | Low, Ball & Lynch |
| 2 | | By: _____ for |
| 3 | | Dale L. Allen, Jr. |
| 4 | | Attorneys for Defendant Clearlake |
| 5 | Dated: August ___, 2011 | McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP |
| 6 | | |
| 7 | | By: _____ |
| | | Robert M. Slattery, Esq. |
| | | Denise Billups-Slone |
| 8 | | Attorneys for Defendants Adventist Health Clearlake Hospital, Inc. dba St. Helena Hospital Clear Lake, and Lisa Denny, R.N. |

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 12, 2011    By: _____
The Honorable Phyllis J. Hamilton
USDC Judge, Northern District of California

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 1 | Dated: August ___, 2011 | Low, Ball & Lynch |
| 2 | | |
| | | By: _____ |
| 3 | | Dale L. Allen, Jr. |
| 4 | | Attorneys for Defendant Clearlake |
| 5 | Dated: August 5, 2011 | McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP |

By: *Denise Billups-Slone* (signature)
Robert M. Slattery, Esq.
Denise Billups-Slone
Attorneys for Defendants Adventist Health Clearlake Hospital, Inc. dba St. Helena Hospital Clear Lake, and Lisa Denny, R.N.

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August ___, 2011    By: _____
The Honorable Phyllis J. Hamilton
USDC Judge, Northern District of California

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

C:\Documents and Settings\Gale-E\Local Settings\Temporary Internet Files\OLKE\Stipulation to Continue CMC.doc

- 3 -