Eric Anthony Gale, (SBN 172719)
E-mail: egale@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
2440 West El Camino Real, Suite 620
Mountain View, CA 94040-1499
Tel: 650.327.2672   Fax: 650.688.8333

Attorneys for Defendants
County Of Lake, Lake County Sheriff's Department,
Rodney Mitchell, Jason Findley, Jeremy Wichlaz,
Ryan West, Michael Hartman, Mari Gallardo,
Roberta Bruck, Janice Mills, Yvette Padilla, Lake
County Department Of Mental Health, Kristy Kelly,
And Patricia Trujillo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JIMMY RAY HATFIELD; R.H., a minor, by and through them Guardian Ad Litem, ELIZABETH TOWN; and K.H., a minor, by and through them Guardian Ad Litem ELIZABETH TOWN; WILLIAM HATFIELD; and JUDY HATFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LAKE, LAKE COUNTY SHERIFF'S DEPARTMENT, RODNEY MITCHELL, JASON FINDLEY, JEREMY WICHLAZ, RYAN WEST, MICHAEL HARTMAN, MARI GALLARDO, ROBERTA BRUCK, JANICE MILLS, YVETTE PADILLA, LAKE COUNTY DEPARTMENT OF MENTAL HEALTH, KRISTY KELLY, PATRICIA TRUJILLO, CITY OF CLEARLAKE, CLEARLAKE POLICE DEPARTMENT, ALLAN MCCLAIN, TIMOTHY HOBBS, RODD JOSEPH, LAUREN VANCE, TRAVIS LENZ, TYLER PAULSEN, CALIFORNIA FORENSIC MEDICALGROUP, INC., ROBIN BRIGGS, KC GRIGSBY, F. ANTONIO, ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. d/b/a St. Helena Hospital Clearlake, LISA DENNY, WILLIAM T. DURKIN, JR., M.D., WILLIAM T. DURKIN, JR., M.D., INC., and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 4:11-cv-02396 PJH<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Complaint Filed: May 16, 2011<br><br>Date: March 9, 2012<br>Time: 10:00 a.m.<br>Judge: Magistrate Maria-Elena James |

///

The parties hereby stipulate by and through their respective attorneys of record to continue the Settlement Conference originally scheduled for January 25, 2012 to March 9, 2012 at 10:00 a.m.

Dated: December 19, 2011        Burke, Williams & Sorensen, LLP

By: _____
Eric Anthony Gale
Attorneys for Defendants
County of Lake, Lake County Sheriff's Department, Rodney Mitchell; Jason Findley; Jeremy Wichlaz, Ryan West; Michael Hartman; Mari Gallardo; Roberta Bruck; Janice Mills; Yvette Padilla; Lake County Department of Mental Health; Kristy Kelly; and Patricia Trujillo

Dated: December ___, 2011        Trimble, Sherinian & Varanini

By: _____
Jerome M. Varanini, Attorneys for Defendants California Forensic Medical Group, Inc., Robin Briggs and F. Antonio

Dated: December ___, 2011        McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP

By: _____
Robert M. Slattery, Attorneys for Defendants Adventist Health Clearlake Hospital, Inc. dba St. Helena Hospital Clear Lake, and Lisa Denny, R.N.

Dated: December ___, 2011        Low, Ball & Lynch

By: _____
Dale L. Allen, Jr., Attorneys for City of Clearlake

The parties hereby stipulate by and through their respective attorneys of record to continue the Settlement Conference originally scheduled for January 25, 2012 to March 9, 2012 at 10:00 a.m.

Dated: December ___, 2011        Burke, Williams & Sorensen, LLP

By: _____
Eric Anthony Gale
Attorneys for Defendants
County of Lake, Lake County Sheriff's Department, Rodney Mitchell; Jason Findley; Jeremy Wichlaz, Ryan West; Michael Hartman; Mari Gallardo; Roberta Bruck; Janice Mills; Yvette Padilla; Lake County Department of Mental Health; Kristy Kelly; and Patricia Trujillo

Dated: December 16, 2011         Trimble, Sheripian & Varanini

By: _____
Jerome M. Varanini, Attorneys for Defendants California Forensic Medical Group, Inc., Robin Briggs and F. Antonio

Dated: December ___, 2011        McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP

By: _____
Robert M. Slattery, Attorneys for Defendants Adventist Health Clearlake Hospital, Inc. dba St. Helena Hospital Clear Lake, and Lisa Denny, R.N.

Dated: December ___, 2011        Low, Ball & Lynch

By: _____
Dale L. Allen, Jr., Attorneys for City of Clearlake

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

MP #4832-4610-8686 v1         - 2 -

Stipulation to Continue Settlement Conference and [Proposed] Order

RECEIVED TIME DEC. 17. 11:04AM

The parties hereby stipulate by and through their respective attorneys of record to continue the Settlement Conference originally scheduled for January 25, 2012 to March 9, 2012 at 10:00 a.m.

Dated: December ___, 2011       Burke, Williams & Sorensen, LLP

By: _____
Eric Anthony Gale
Attorneys for Defendants
County of Lake, Lake County Sheriff's Department, Rodney Mitchell; Jason Findley; Jeremy Wichlaz, Ryan West; Michael Hartman; Mari Gallardo; Roberta Bruck; Janice Mills; Yvette Padilla; Lake County Department of Mental Health; Kristy Kelly; and Patricia Trujillo

Dated: December ___, 2011       Trimble, Sherinian & Varanini

By: _____
Jerome M. Varanini, Attorneys for Defendants California Forensic Medical Group, Inc., Robin Briggs and F. Antonio

Dated: December 19, 2011        McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP

By: _____
Robert M. Slattery, Attorneys for Defendants Adventist Health Clearlake Hospital, Inc. dba St. Helena Hospital Clear Lake, and Lisa Denny, R.N.

Dated: December ___, 2011       Low, Ball & Lynch

By: _____
Dale L. Allen, Jr., Attorneys for City of Clearlake

1  The parties hereby stipulate by and through their respective attorneys of record to
2  continue the Settlement Conference originally scheduled for January 25, 2012 to March 9,
3  2012 at 10:00 a.m.

4

5  Dated: December ___, 2011        Burke, Williams & Sorensen, LLP

6
7                                   By:_____
                                        Eric Anthony Gale
8                                       Attorneys for Defendants
                                        County of Lake, Lake County Sheriff's
9                                       Department, Rodney Mitchell; Jason Findley;
                                        Jeremy Wichlaz, Ryan West; Michael Hartman;
10                                      Mari Gallardo; Roberta Bruck; Janice Mills;
                                        Yvette Padilla; Lake County Department of
11                                      Mental Health; Kristy Kelly; and Patricia Trujillo

12

13 Dated: December ___, 2011        Trimble, Sherinian & Varanini

14
                                    By: _____
15                                      Jerome M. Varanini, Attorneys for Defendants
                                        California Forensic Medical Group, Inc., Robin
16                                      Briggs and F. Antonio

17
18 Dated: December ___, 2011        McNamara, Ney, Beatty, Slattery, Borges &
                                    Ambacher LLP
19
                                    By: _____
20                                      Robert M. Slattery, Attorneys for Defendants
                                        Adventist Health Clearlake Hospital, Inc. dba
21                                      St. Helena Hospital Clear Lake, and Lisa
                                        Denny, R.N.
22

23
   Dated: December 19, 2011         Low, Ball & Lynch
24
                                    By: _____
25
                                        Dale L. Allen, Jr., Attorneys for City of
26                                      Clearlake

27

28

Dated: December 20, 2011

Hinshaw, Marsh, Still & Hinshaw

By: /s/ Barry C. Marsh
Barry C. Marsh, Attorneys for Defendant
William T. Durkin M.D.

Abbey, Weitzenberg, Warren & Emery, P.C.

By: _____
Michael D. Green, Esq.
Attorneys for Plaintiffs
Estate of Jimmy Ray Hatfield; R.H., a Minor, By and Through Them Guardian Ad Litem, Elizabeth Town; and K.H., A Minor, by and Through Them Guardian Ad Litem Elizabeth Town; William Hatfield; and Judy Hatfield

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE MAGISTRATE JUDGE
MARIA-ELENA JAMES

| | | |
|---|---|---|
| 1 | Dated: December 19, 2011 | Hinshaw, Marsh, Still & Hinshaw |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Barry C. Marsh, Attorneys for Defendant William T. Durkin M.D. |
| 5 | | Abbey, Weitzenberg, Warren & Emery, P.C. |
| 6 | | |
| 7 | | By: _____ Michael D. Green, Esq. |
| 8 | | Attorneys for Plaintiffs Estate of Jimmy Ray Hatfield; R.H., a Minor, By |
| 9 | | and Through Them Guardian Ad Litem, Elizabeth Town; and K.H., A Minor, by and |
| 10 | | Through Them Guardian Ad Litem Elizabeth Town; William Hatfield; and Judy Hatfield |

**ORDER**

IT IS SO ORDERED.

Dated: 1/3/2012

_____
THE HONORABLE MAGISTRATE JUDGE
MARIA-ELENA JAMES