Eric Anthony Gale, (SBN 172719)
E-mail: egale@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
2440 West El Camino Real, Suite 620
Mountain View, CA 94040-1499
Tel: 650.327.2672   Fax: 650.688.8333

Attorneys for Defendants
County Of Lake, Lake County Sheriff's Department,
Rodney Mitchell, Jason Findley, Jeremy Wichlaz,
Ryan West, Michael Hartman, Mari Gallardo,
Roberta Bruck, Janice Mills, Yvette Padilla, Lake
County Department Of Mental Health, Kristy Kelly,
And Patricia Trujillo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JIMMY RAY HATFIELD; R.H., a minor, by and through them Guardian Ad Litem, ELIZABETH TOWN; and K.H., a minor, by and through them Guardian Ad Litem ELIZABETH TOWN; WILLIAM HATFIELD; and JUDY HATFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LAKE, LAKE COUNTY SHERIFF'S DEPARTMENT, RODNEY MITCHELL, JASON FINDLEY, JEREMY WICHLAZ, RYAN WEST, MICHAEL HARTMAN, MARI GALLARDO, ROBERTA BRUCK, JANICE MILLS, YVETTE PADILLA, LAKE COUNTY DEPARTMENT OF MENTAL HEALTH, KRISTY KELLY, PATRICIA TRUJILLO, CITY OF CLEARLAKE, CLEARLAKE POLICE DEPARTMENT, ALLAN MCCLAIN, TIMOTHY HOBBS, RODD JOSEPH, LAUREN VANCE, TRAVIS LENZ, TYLER PAULSEN, CALIFORNIA FORENSIC MEDICALGROUP, INC., ROBIN BRIGGS, KC GRIGSBY, F. ANTONIO, ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. d/b/a St. Helena Hospital Clearlake, LISA DENNY, WILLIAM T. DURKIN, JR., M.D., WILLIAM T. DURKIN, JR., M.D., INC., and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 4:11-cv-02396 PJH<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND** [PROPOSED] **ORDER**<br><br>Complaint Filed: May 16, 2011<br><br>Date: March 9, 2012<br>Time: 10:00 a.m.<br>Judge: Magistrate Maria-Elena James |

///

The parties hereby stipulate by and through their respective attorneys of record to continue the Settlement Conference originally scheduled for January 25, 2012 to March 9, 2012 at 10:00 a.m.

Dated: December 19, 2011

Burke, Williams & Sorensen, LLP

By: _____
Eric Anthony Gale
Attorneys for Defendants
County of Lake, Lake County Sheriff's Department, Rodney Mitchell; Jason Findley; Jeremy Wichlaz, Ryan West; Michael Hartman; Mari Gallardo; Roberta Bruck; Janice Mills; Yvette Padilla; Lake County Department of Mental Health; Kristy Kelly; and Patricia Trujillo

Dated: December ___, 2011

Trimble, Sherinian & Varanini

By: _____
Jerome M. Varanini, Attorneys for Defendants California Forensic Medical Group, Inc., Robin Briggs and F. Antonio

Dated: December ___, 2011

McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP

By: _____
Robert M. Slattery, Attorneys for Defendants Adventist Health Clearlake Hospital, Inc. dba St. Helena Hospital Clear Lake, and Lisa Denny, R.N.

Dated: December ___, 2011

Low, Ball & Lynch

By: _____
Dale L. Allen, Jr., Attorneys for City of Clearlake

The parties hereby stipulate by and through their respective attorneys of record to continue the Settlement Conference originally scheduled for January 25, 2012 to March 9, 2012 at 10:00 a.m.

Dated: December ___, 2011        Burke, Williams & Sorensen, LLP

By: _____
Eric Anthony Gale
Attorneys for Defendants
County of Lake, Lake County Sheriff's Department, Rodney Mitchell; Jason Findley; Jeremy Wichlaz, Ryan West; Michael Hartman; Mari Gallardo; Roberta Bruck; Janice Mills; Yvette Padilla; Lake County Department of Mental Health; Kristy Kelly; and Patricia Trujillo

Dated: December 16, 2011        Trimble, Sheripian & Varanini

By: _____
Jerome M. Varanini, Attorneys for Defendants California Forensic Medical Group, Inc., Robin Briggs and F. Antonio

Dated: December ___, 2011        McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP

By: _____
Robert M. Slattery, Attorneys for Defendants Adventist Health Clearlake Hospital, Inc. dba St. Helena Hospital Clear Lake, and Lisa Denny, R.N.

Dated: December ___, 2011        Low, Ball & Lynch

By: _____
Dale L. Allen, Jr., Attorneys for City of Clearlake

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

MP #4832-4610-8686 v1        - 2 -

Stipulation to Continue Settlement Conference and [Proposed] Order

RECEIVED TIME  DEC. 17. 11:04AM

The parties hereby stipulate by and through their respective attorneys of record to continue the Settlement Conference originally scheduled for January 25, 2012 to March 9, 2012 at 10:00 a.m.

Dated: December ___, 2011

Burke, Williams & Sorensen, LLP

By: _____
Eric Anthony Gale
Attorneys for Defendants
County of Lake, Lake County Sheriff's Department, Rodney Mitchell; Jason Findley; Jeremy Wichlaz, Ryan West; Michael Hartman; Mari Gallardo; Roberta Bruck; Janice Mills; Yvette Padilla; Lake County Department of Mental Health; Kristy Kelly; and Patricia Trujillo

Dated: December ___, 2011

Trimble, Sherinian & Varanini

By: _____
Jerome M. Varanini, Attorneys for Defendants California Forensic Medical Group, Inc., Robin Briggs and F. Antonio

Dated: December 19, 2011

McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP

By: _____
Robert M. Slattery, Attorneys for Defendants Adventist Health Clearlake Hospital, Inc. dba St. Helena Hospital Clear Lake, and Lisa Denny, R.N.

Dated: December ___, 2011

Low, Ball & Lynch

By: _____
Dale L. Allen, Jr., Attorneys for City of Clearlake

The parties hereby stipulate by and through their respective attorneys of record to continue the Settlement Conference originally scheduled for January 25, 2012 to March 9, 2012 at 10:00 a.m.

Dated: December ___, 2011         Burke, Williams & Sorensen, LLP

By: _____
Eric Anthony Gale
Attorneys for Defendants
County of Lake, Lake County Sheriff's Department, Rodney Mitchell; Jason Findley; Jeremy Wichlaz, Ryan West; Michael Hartman; Mari Gallardo; Roberta Bruck; Janice Mills; Yvette Padilla; Lake County Department of Mental Health; Kristy Kelly; and Patricia Trujillo

Dated: December ___, 2011         Trimble, Sherinian & Varanini

By: _____
Jerome M. Varanini, Attorneys for Defendants California Forensic Medical Group, Inc., Robin Briggs and F. Antonio

Dated: December ___, 2011         McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP

By: _____
Robert M. Slattery, Attorneys for Defendants Adventist Health Clearlake Hospital, Inc. dba St. Helena Hospital Clear Lake, and Lisa Denny, R.N.

Dated: December 19, 2011          Low, Ball & Lynch

By: _____
Dale L. Allen, Jr., Attorneys for City of Clearlake

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

MP #4832-4610-8686 v1                    - 2 -

Stipulation to Continue Settlement Conference and [Proposed] Order

| | |
|---|---|
| Dated: December 20, 2011 | Hinshaw, Marsh, Still & Hinshaw<br><br>By: *[signature] Barry C. Marsh*<br>Barry C. Marsh, Attorneys for Defendant<br>William T. Durkin M.D.<br><br>Abbey, Weitzenberg, Warren & Emery, P.C.<br><br>By: _____<br>Michael D. Green, Esq.<br>Attorneys for Plaintiffs<br>Estate of Jimmy Ray Hatfield; R.H., a Minor, By and Through Them Guardian Ad Litem, Elizabeth Town; and K.H., A Minor, by and Through Them Guardian Ad Litem Elizabeth Town; William Hatfield; and Judy Hatfield |

**ORDER**

IT IS SO ORDERED.

Dated: _____        _____
THE HONORABLE MAGISTRATE JUDGE
MARIA-ELENA JAMES

| | |
|---|---|
| Dated: December 19, 2011 | Hinshaw, Marsh, Still & Hinshaw |
| | By: _____<br>Barry C. Marsh, Attorneys for Defendant<br>William T. Durkin M.D. |
| | Abbey, Weitzenberg, Warren & Emery, P.C. |
| | By: _____<br>Michael D. Green, Esq.<br>Attorneys for Plaintiffs<br>Estate of Jimmy Ray Hatfield; R.H., a Minor, By and Through Them Guardian Ad Litem, Elizabeth Town; and K.H., A Minor, by and Through Them Guardian Ad Litem Elizabeth Town; William Hatfield; and Judy Hatfield |

**ORDER**

IT IS SO ORDERED.

Dated: 1/3/2012

_____
THE HONORABLE MAGISTRATE JUDGE
MARIA-ELENA JAMES