

2440 West El Camino Real - Suite 620
Mountain View, California  94040-1499
voice 650.327.2672 - fax 650.688.8333
www.bwslaw.com

Direct No.: 650.681.8308
egale@bwslaw.com

February 28, 2012

Chief Magistrate Judge Maria-Elena James
United States District Court
Courtroom B, 15th Floor
450 Golden Gate Avenue
San Francisco, California  94102

Re:   Hatfield v. County of Lake, et al. Case No. 11-2396

Dear Chief Magistrate James:

The undersigned represents the following defendants in this matter:  Roberta Bruck, County of Lake, Jason Findley, Mari Gallardo, Michael Hartman, Janice Mills, Kristy Kelly, Lake County Department of Mental Health, Lake County Sheriff's Department, Rodney Mitchell, Yvette Padilla, Patricia Trujillo, Ryan West, and Jeremy Wichlaz.  This case is currently set for an early settlement conference on March 9, 2012.

This letter is to request permission from the Court for telephone standby for the above named defendants due to the fact that all of the parties reside in Lake County and the majority of the defendants work shift work for the jail.  The Claims Administrator and I will attend the settlement conference personally on behalf of the defendants and will have authority on behalf of the same.

Thank you for your consideration.

Sincerely,

*Monica Abuja for Eric A. Gale*

ERIC ANTHONY GALE

EAG:liv

Cc:  all counsel

MP #4821-2849-0766 v1



Chief Magistrate Judge Maria-Elena James
February 28, 2012
Page 2

### [PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE

I hereby grant telephonic appearance for defendants Roberta Bruck, County of Lake, Jason Findley, Mari Gallardo, Michael Hartman, Janice Mills, Kristy Kelly, Lake County Department of Mental Health, Lake County Sheriff's Department, Rodney Mitchell, Yvette Padilla, Patricia Trujillo, Ryan West, and Jeremy Wichlaz to appear at the upcoming Settlement Conference in this matter.

Dated: 3/2/12

_____
Honorable Judge Maria-Elena James

MP #4821-2849-0766 v1