February 28, 2012

Hon. Maria-Elena James
Chief Magistrate Judge
U.S. District Court/Northern District
Courtroom B, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Estate of Jimmy Ray Hatfield, et al. vs County of Lake, et al.*
             USDC Case No. 4:11-cv-02396 PJH

Dear Judge James:

    The undersigned represents defendants City of Clearlake, former Chief Allan McClain, Sgt. Timothy Hobbs, Sgt. Rodd Joseph, Officer Lauren Vance, Officer Tyler Paulsen and Officer Travis Lenz in the above-referenced matter. This case is currently set for an early settlement conference on March 9, 2012.

    This letter is to request permission for the individual defendants—Chief McClain, Sgt. Hobbs, Sgt. Joseph, Officer Vance, Officer Paulsen and Officer Lenz—to attend the settlement conference by telephone standby. With the exception of Chief McClain, who is now retired, the individual defendants are officers of the Clearlake Police Department, a small municipal department that may not be able to provide full staffing and back-up to for the purpose of public safety if four of its officers are in San Francisco for the settlement conference. In addition, the depositions of Chief McClain, Officer Vance and Officer Lenz have not been taken in this matter.

    I will attend the settlement conference in person, along with a representative from the City of Clearlake. The representative will have the full authority to settle the matter on behalf of the individual defendants, and fully able to participate in the settlement conference. This request is also made for the convenience of the Court with respect to the number of persons attending the conference.

Hon. Marie-Elena James
February 28, 2012
Page 2

       Thank you for your consideration.

                                     Very truly yours,

                                     LOW, BALL & LYNCH

                                         /s/

                                   Dale L. Allen, Jr.

DLA/mkm

cc:    All counsel via ECF

### [~~PROPOSED~~] ORDER

      IT IS HEREBY ORDERED that defendants Chief McClain, Sgt. Hobbs, Sgt. Joseph, Officer Vance, Officer Lenz and Officer Paulsen may attend the March 9, 2012 settlement conference by telephone standby.

Dated: __3-2-12_____.

                                              _____
                                              HON. MARIA-ELENA JAMES
                                              U.S. CHIEF MAGISTRATE JUDGE