STEVEN R. ENOCHIAN, ESQ. (State Bar No. 61056); senochian@dndmlawyers.com
SONJA M. DAHL, ESQ.  (State Bar No. 130971); sdahl@dndmlawyers.com
DONNELLY NELSON DEPOLO & MURRAY
A Professional Corporation
201 North Civic Drive, Suite 239
Walnut Creek, CA  94596
Tel. No. (925) 287-8181
Fax No. (925) 287-8188

Attorneys for Defendants
LAKE COUNTY DEPARTMENT OF MENTAL HEALTH; KRISTY KELLY; PATRICIA TRUJILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JIMMY RAY HATFIELD; WILLIAM HATFIELD; JUDY HATFIELD; ELIZABETH TOWN; R.H., a minor, by and through her Guardian ad Litem, ELIZABETH TOWN; and K.H., a minor, by and through her Guardian at Litem, ELIZABETH TOWN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S DEPARTMENT; RODNEY MITCHELL; JASON FINDLEY; JEREMY WICHLAZ; RYAN WEST; MICHAEL HARTMAN; MARI GALLARDO; ROBERTA BRUCK; JANICE MILLS; YVETTE PADILLA; LAKE COUNTY DEPARTMENT OF MENTAL HEALTH; KRISTY KELLY; PATRICIA TRUJILLO; CITY OF CLEARLAKE; CLEARLAKE POLICE DEPARTMENT; ALLAN McCLAIN; TIMOTHY HOBBS; RODD JOSEPH; LAUREN VANACE; TRAVIS LENZ; TYLER PAULSEN; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; ROBIN BRIGGS; KC GRIGSBY; F. ANTONIO; ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. dba St. Helena Hospital Clearlake; LISA DENNY; WILLIAM T. DURKIN, Jr., M.D.; WILLIAM T. DURKIN, Jr., M.D., INC.; and DOES 1 THROUGH 50,<br><br>　　　　Defendants. | Case No.  4:11-CV-02396 PJH<br><br>**~~PROPOSED~~**<br><br>**ORDER RE SUBSTITUTION OF ATTORNEYS**<br><br>**HON. PHYLLIS J. HAMILTON** |

1

Good cause appearing therefor, the court hereby allows the substitution of attorneys as set forth in the Substitutions of Attorneys for Defendants LAKE COUNTY DEPARTMENT OF MENTAL HEALTH; KRISTY KELLY; and PATRICIA TRUJILLO filed on April 10, 2012.

IT IS SO ORDERED.

Dated: 4/17/12



HON. PHYLLIS J. HAMILTON
DISTRICT COURT JUDGE

4:11-CV-02396 PJH:  PROPOSED ORDER RE SUBSTITUTION OF ATTORNEYS         200-9229/SMD/332722