UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF JIMMY RAY HATFIELD, et al.,

    Plaintiffs,

    v.

COUNTY OF LAKE, et al.,

    Defendants.
_____/

No. C 11-2396 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

In order to consolidate for hearing all pending motions to dismiss, the hearing on the motions to dismiss filed by defendants Adventist Health Clearlake Hospital and William T. Durkin, M.D., which was previously set for May 16, 2012, at 9:00 a.m., has been CONTINUED to May 23, 2012, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612.

Please note, however, that the original briefing schedule shall remain in effect.

**IT IS SO ORDERED**.

Dated: April 24, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge