UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ESTATE OF JIMMY RAY HATFIELD ET AL,<br><br>              Plaintiff(s),<br><br>  v.<br><br>COUNTY OF LAKE ET AL,<br><br>              Defendant(s).<br>_____/ | No. C 11-02396 PJH (MEJ)<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |

      This matter is scheduled for a settlement conference on Tuesday, June 26, 2012 at 10:00 a.m. Now before the Court is Defendant Adventist Healthcare Clearlake Hospital, Inc.'s, dba St. Helena Hospital Clearlake to allow its representative, Dee Aguilar, R.N. CPA, Director of Claims and Clinical Loss Control's request to allow her to appear by telephone at the conference. Good cause appearing, the request is GRANTED. However, Defendant and it representative are hereby advised that, should the case not settle and a further settlement conference be scheduled, she will be required to appear in person at the further settlement conference, and sanctions may be imposed for failure to comply.

      The party appearing by phone shall contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the settlement conference.

**IT IS SO ORDERED.**

Dated: May 22, 2012

                                                _____
                                                Maria-Elena James
                                                Chief United States Magistrate Judge