```
1  JEROME M. VARANINI, ESQ. (State Bar No. 58531)
   TRIMBLE, SHERINIAN & VARANINI
2  2500 Venture Oaks Way, Suite 350 (95833)
   P.O. BOX 590
3  SACRAMENTO, CA  95812-0590
   TELEPHONE:  (916) 444-8271
4

5  Attorney For Defendant
   CALIFORNIA FORENSIC MEDICAL GROUP, INC.,
6  K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. and
   ROBIN BRIGGS, L.V.N.
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JIMMY RAY HATFIELD, WILLIAM HATFIELD; JUDY HATFIELD; ELIZABETH TOWN; R.H., a minor by and through her Guardian ad Litem, ELIZABETH TOWN; and K.H., by and through her Guardian ad Litem, ELIZABETH TOWN<br><br>　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF LAKE, et al.,<br><br>　　Defendants.<br>_____/ | CASE NO. 1:11 cv-02396- PJH<br><br>**REQUEST FOR AUTHORIZATION FOR DEFENDANTS K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. and ROBIN BRIGGS, L.V.N. TO APPEAR TELEPHONICALLY AT CONTINUED MANDATORY SETTLEMENT CONFERENCE**<br><br>Date: June 26, 2012 |

Nursing defendants K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. and ROBIN BRIGGS, L.V.N. respectfully request authorization to appear telephonically at the continued mandatory settlement conference on June 26, 2012. A representative from defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. ("CFMG") with full settlement authority for CFMG will attend the settlement conference as will a representative of the insurance carrier for the defendants.

Although there have been multiple depositions taken by plaintiffs' counsel and counsel for the co-defendants in anticipation of this early settlement conference, the only jail medical defendant to have been deposed has been LVN

1

1  Robin Briggs. Ms. Briggs had contact with the decedent after he had been booked
2  at the jail and after noting that he had been treated for a broken arm and
3  cleared for incarceration by Adventist Clearlake Hospital, Ms. Briggs asked the
4  hospital to fax a copy of the records so that the records would be in the chart
5  to be used as deemed appropriate by the mid-level provider, the FNP, who would
6  be following the patient's orthopedic status at the jail. Mr. Hatfield
7  subsequently committed suicide.
8      Apparently the theory as to Ms. Briggs is that she did not read the
9  hospital chart that she had placed in the chart for the FNP's use. It is unknown
10 at this point what the theory of the case is as to nurse Antonio or FNP Grigsby.
11 In any event, this request is made both for the convenience of the court in terms
12 of the numbers of persons to attend the MSC as well as with the knowledge that
13 representatives from CFMG and the carrier will be present fully prepared to
14 participate in the MSC.

15 Dated: May 29, 2012                   TRIMBLE, SHERINIAN & VARANINI

                                                    By: Jerome M. Varanini
                                                    Attorney For Defendants
                                                    CALIFORNIA FORENSIC MEDICAL GROUP,
                                                    INC., K.C. GRIGSBY, F.N.P., FAIRIN
                                                    ANTONIO, L.V.N. and ROBIN BRIGGS,
                                                    L.V.N.

## [PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE

    I hereby excuse the personal appearance of defendants K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. and ROBIN BRIGGS, L.V.N. at the upcoming Settlement Conference scheduled for June 26, 2012. Said appearance may be made telephonically.

Dated: June 4, 2012                                Hon. Judge Maria-Elena James

2