```
JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271


Attorney For Defendant
CALIFORNIA FORENSIC MEDICAL GROUP, INC.,
K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. and
ROBIN BRIGGS, L.V.N.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JIMMY RAY HATFIELD, WILLIAM HATFIELD; JUDY HATFIELD; ELIZABETH TOWN; R.H., a minor by and through her Guardian ad Litem, ELIZABETH TOWN; and K.H., by and through her Guardian ad Litem, ELIZABETH TOWN<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF LAKE, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:11 cv-02396- PJH<br><br>**REQUEST FOR AUTHORIZATION FOR DEFENDANTS K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. and ROBIN BRIGGS, L.V.N. TO APPEAR TELEPHONICALLY AT CONTINUED MANDATORY SETTLEMENT CONFERENCE**<br><br>Date: June 26, 2012 |

Nursing defendants K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. and ROBIN BRIGGS, L.V.N. respectfully request authorization to appear telephonically at the continued mandatory settlement conference on June 26, 2012. A representative from defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. ("CFMG") with full settlement authority for CFMG will attend the settlement conference as will a representative of the insurance carrier for the defendants.

Although there have been multiple depositions taken by plaintiffs' counsel and counsel for the co-defendants in anticipation of this early settlement conference, the only jail medical defendant to have been deposed has been LVN

1

1  Robin Briggs. Ms. Briggs had contact with the decedent after he had been booked
2  at the jail and after noting that he had been treated for a broken arm and
3  cleared for incarceration by Adventist Clearlake Hospital, Ms. Briggs asked the
4  hospital to fax a copy of the records so that the records would be in the chart
5  to be used as deemed appropriate by the mid-level provider, the FNP, who would
6  be following the patient's orthopedic status at the jail. Mr. Hatfield
7  subsequently committed suicide.
8       Apparently the theory as to Ms. Briggs is that she did not read the
9  hospital chart that she had placed in the chart for the FNP's use. It is unknown
10 at this point what the theory of the case is as to nurse Antonio or FNP Grigsby.
11 In any event, this request is made both for the convenience of the court in terms
12 of the numbers of persons to attend the MSC as well as with the knowledge that
13 representatives from CFMG and the carrier will be present fully prepared to
14 participate in the MSC.

15 Dated: May 29, 2012                    TRIMBLE, SHERINIAN & VARANINI

17                                        _____
                                          By: Jerome M. Varanini
18                                        Attorney For Defendants
                                          CALIFORNIA FORENSIC MEDICAL GROUP,
19                                        INC., K.C. GRIGSBY, F.N.P., FAIRIN
                                          ANTONIO, L.V.N. and ROBIN BRIGGS,
20                                        L.V.N.

22              [PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE
23       I hereby excuse the personal appearance of defendants K.C. GRIGSBY,
24 F.N.P., FAIRIN ANTONIO, L.V.N. and ROBIN BRIGGS, L.V.N. at the upcoming
25 Settlement Conference scheduled for June 26, 2012. Said appearance may
26 be made telephonically.
27 Dated: __June 4, 2012__                _____
                                          Hon. Judge Maria-Elena James
28

                                          2