# DONNELLY NELSON DEPOLO & MURRAY

A PROFESSIONAL CORPORATION
201 NORTH CIVIC DRIVE, SUITE 239
WALNUT CREEK, CA 94596

TELEPHONE (925) 287-8181
FACSIMILE (925) 287-8188

SONJA M. DAHL
sdahl@dndmlawyers.com

May 3, 2012

Chief Magistrate Judge Maria-Elena James
Courtroom B – 15th Floor
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **Hatfield, Estate of Jimmy Ray v. County of Lake, et. al.**
    **NORTHERN DISTRICT OF CALIFORNIA Case No. 4:11-CV-02396 PJH**

Dear Chief Magistrate James:

The undersigned counsel represents Defendants Lake County Department of Mental Health, Kristy Kelly and Patricia Trujillo in the above-entitled matter. This case is currently set for a settlement conference on Tuesday, June 26, 2012 at 10:00 a.m. in your chambers pursuant to Judge Hamilton's 4/30/12 order.

This letter is to request permission for Lake County Mental Health, Ms. Kelly and Ms. Trujillo to be available by telephone standby, as the individual defendants reside in Lake County. The deposition of Ms. Kelly, Director of Lake County Mental Health, has not yet been taken.

I will personally attend the settlement conference in person, along with a representative from the insurer, and will have full authority to negotiate and/or settle on behalf of each of the above-named defendants.

Thank you for your consideration.

Very truly yours,

**DONNELLY NELSON DEPOLO & MURRAY**

By:   /s/ Steven R. Enochian

    Steven R. Enochian, Esq.

SMD:ske



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

200-9229/SMD/335397

Chief Magistrate, Judge Maria-Elena James
Re: Hatfield, Estate of Jimmy Ray v. County of Lake, et. al.
May 3, 2012
Page 2

## ~~PROPOSED~~
## ORDER GRANTING TELEPHONIC APPEARANCE

I hereby grant the request for telephonic appearance for Defendants Lake County Mental Health, Kristy Kelly, and Patricia Trujillo at the upcoming settlement conference in this matter.

Dated: 6/7/12

CHIEF MAGISTRATE JUDGE
MARIA-ELENA JAMES
