| | | |
|---|---|---|
| EDWARD A. HINSHAW<br>BARRY C. MARSH<br>THOMAS E. STILL<br>BRADFORD J. HINSHAW<br>JENNIFER STILL<br>JENNIFER A. WAGSTER<br>SCOTT R. KANTER<br>PATRICK C. STOKES | LAW OFFICES OF<br>**HINSHAW, MARSH, STILL & HINSHAW**<br>A PARTNERSHIP<br>12901 SARATOGA AVENUE<br>SARATOGA, CALIFORNIA 95070-9998 | TELEPHONE<br>(408) 861-6500<br>FAX<br>(408) 257-6645<br>E-MAIL<br>skanter@hinshaw-law.com |

May 3, 2012

Magistrate Judge Marina-Elena James
United States District Court
Courtroom B, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Hatfield v. Durkin, M.D., et al.
      Case No. CV 11 2396 PJH

Dear Chief Magistrate James:

Our office represents defendant William Durkin, M.D. This case is currently set for an early settlement conference on June 26, 2012. This is to request permission from the Court for Dr. Durkin and his insurance representative to be on telephone standby as they reside in Alexandria, Virginia and Houston, Texas, respectively. Dr. Durkin would not consent to a monetary settlement during the last Settlement Conference held on March 9, 2012, and nothing has changed since then beside the court's anticipated ruling on Dr. Durkin's Motion to Dismiss that is set for May 23, 2012. Barry Marsh, Esq., will attend the June 26, 2012, Settlement Conference personally on behalf of Dr. Durkin, and will have authority to resolve the case on behalf of Dr. Durkin.

Thank you for your consideration.

Very truly yours,

SCOTT R. KANTER

SRK:dmj/988-15
LMagistrate5.312.wpd D:5.3.12
cc:   Michael Green, Esq.
      Dale Allen, Jr., Esq.
      Denise Ellen Billups-Slone, Esq.
      Eric Gale, Esq.
      Robert Slattery, Esq.
      Jerome M. Varanini, Esq.



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Magistrate Judge Marina-Elena James
May 3, 2012
Page 2
Re:   Hatfield v. Durkin, M.D., et al.

### [PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE

IT IS HEREBY ORDERED that William Durkin, M.D., and his insurance representative may be on telephone standby for the Early Settlement Conference scheduled for June 26, 2012.

Dated: 6-7-12

Honorable Judge Maria-Elena James

H:\Hatfield\letter\LMagistrate5.312.wpd