1
2
3
4

# UNITED STATES  DISTRICT COURT

5

## Northern District of California

6

7  ESTATE OF JIMMY RAY HATFIELD ET
   AL,

8
                        Plaintiff(s),

9          v.

10  COUNTY OF LAKE ET AL,

11                      Defendant(s).
    _____/

No. C 11-02396 PJH (MEJ)

**ORDER PERMITTING TELEPHONIC
APPEARANCE AT SETTLEMENT
CONFERENCE**

12
13

        This matter is scheduled for a settlement conference on June 26, 2012 at 10:00 a.m.  Now

14
15  before the Court is Plaintiff William Hatfield's and Plaintiff Judy Hatfield's request to allow them to

16  appear by telephone at the conference.  Good cause appearing, the request is GRANTED.  However,

    Plaintiffs are hereby advised that, should the case not settle and a further settlement conference be
17
    scheduled, Plaintiffs William and Judy Hatfield will be required to appear in person at the further
18
    settlement conference, and sanctions may be imposed for failure to comply.
19
        The party appearing by phone shall contact the courtroom deputy, Rose Maher, at (415) 522-
20
    4708, and provide a local or toll-free number at least 48 hours prior to the settlement conference.
21
        **IT IS SO ORDERED.**
22
23
    Dated: June 14, 2012
24
                                                    _____
25                                                  Maria-Elena James
                                                    Chief United States Magistrate Judge
26
27
28

*Left margin:* **UNITED STATES DISTRICT COURT**
**For the Northern District of California**