# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| ESTATE OF JIMMY RAY HATFIELD ET AL, <br><br> Plaintiff(s), <br><br> v. <br><br> COUNTY OF LAKE ET AL, <br><br> Defendant(s). | No. C 11-02396 PJH (MEJ) <br><br> **ORDER PERMITTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |

This matter is scheduled for a settlement conference on June 26, 2012 at 10:00 a.m. Now before the Court is Defendant City of Clearlake's and Defendants Allan McClain, Timothy Hobbs, Rodd Joseph, Lauren Vance, Travis Lenz and Tyler Paulsen's request to allow Defendants to appear by telephone at the conference. Good cause appearing, the request is GRANTED. However, Defendants are hereby advised that, should the case not settle and a further settlement conference be scheduled, Defendants will be required to appear in person at the further settlement conference, and sanctions may be imposed for failure to comply.

The party appearing by phone shall contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the settlement conference.

**IT IS SO ORDERED.**

Dated: June 14, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge