1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6

7   R.H., et al.,

8              Plaintiffs,                    No. C 11-2396 PJH

9        v.                                   **ORDER DENYING MOTION TO**
                                              **DISMISS**
10
    COUNTY OF LAKE, et al.,
11
               Defendants.
12  _____/

13        Defendant Patricia Trujillo's[1] motion to dismiss plaintiffs' third amended complaint

14  came on for hearing on November 7, 2012 before this court.  Plaintiffs appeared through

15  their counsel, Michael Green.  Defendant Trujillo appeared through her counsel, Sonja

16  Dahl.  Counsel for Lake County, Jaime Bodiford, also attended the hearing.  Having read all

17  the papers and carefully considered the relevant legal authority, the court hereby DENIES

18  defendant's motion for the reasons stated at the hearing, and as follows.

19        Defendant moves to dismiss plaintiffs' first cause of action, brought under 42 U.S.C.

20  § 1983, and plaintiffs' fifth cause of action, for wrongful death due to medical negligence.

21  As to the section 1983 claim, defendant argues that there was no special relationship

22  created between her and the decedent, and that she did not affirmatively act to place the

23  decedent in danger.  Thus, in defendant's view, there can be no constitutional violation.  As

24  to the medical negligence claim, defendant argues that there was no doctor-patient (or

25  equivalent) relationship created, and thus she had no duty of care with respect to the

26  decedent.

27  _____

28        [1]The motion was also filed by then-defendant Kristy Kelly, but the parties have since
    stipulated to dismiss all claims against Ms. Kelly.  See Dkt. 172.

United States District Court
For the Northern District of California

The court finds that, based on the face of the complaint, plaintiffs have adequately alleged the elements of a constitutional violation, and have also adequately alleged that defendant had a duty of care with respect to the decedent.  Defendant may still be able to rebut those allegations, but must wait until the summary judgment stage to do so. Accordingly, defendant's motion is DENIED.

**IT IS SO ORDERED.**

Dated: November 8, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

2