| | |
|---|---|
| 1 | Eric Anthony Gale, (SBN 172719) |
| | E-mail: egale@bwslaw.com |
| 2 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 2440 West El Camino Real, Suite 620 |
| 3 | Mountain View, CA 94040-1499 |
| | Tel: 650.327.2672   Fax: 650.688.8333 |

Attorneys for Defendants
County Of Lake, Lake County Sheriff's Department,
Rodney Mitchell, Jason Findley, Jeremy Wichlaz,
Ryan West, Michael Hartman, Mari Gallardo,
Roberta Bruck, Janice Mills, and Yvette Padilla

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor, by and through her Guardian Ad Litem, ELIZABETH TOWN; and K.H., a minor, by and through her Guardian Ad Litem ELIZABETH TOWN; WILLIAM HATFIELD; and JUDY HATFIELD, | Case No. 4:11-cv-02396 PJH |
| | **DEFENDANT COUNTY OF LAKE'S SUBSTITUTION OF ATTORNEYS AND ORDER** |
| Plaintiffs, | |
| v. | |
| COUNTY OF LAKE, LAKE COUNTY SHERIFF'S DEPARTMENT, RODNEY MITCHELL, JASON FINDLEY, JEREMY WICHLAZ, RYAN WEST, MICHAEL HARTMAN, MARI GALLARDO, ROBERTA BRUCK, JANICE MILLS, YVETTE PADILLA, LAKE COUNTY DEPARTMENT OF MENTAL HEALTH, PATRICIA TRUJILLO, CITY OF CLEARLAKE, CLEARLAKE POLICE DEPARTMENT, ALLAN MCCLAIN, TIMOTHY HOBBS, RODD JOSEPH, LAUREN VANCE, TRAVIS LENZ, TYLER PAULSEN, CALIFORNIA FORENSIC MEDICALGROUP, INC., ROBIN BRIGGS, KC GRIGSBY, F. ANTONIO, ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. d/b/a St. Helena Hospital Clearlake, LISA DENNY, WILLIAM T. DURKIN, JR., M.D., WILLIAM T. DURKIN, JR., M.D., INC., and DOES 1 THROUGH 50, | |
| Defendants. | |

///

///

**THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED** that Defendant County of Lake is hereby substituting the firm of Donnelly, Nelson, Depolo & Murray, 201 N. Civic Drive, Suite 239, Walnut Creek, CA 94596, Telephone: (925) 287-8181, Facsimile: (925) 287-8188, as counsel in place of the firm of Burke, Williams & Sorensen. The reason for this substitution is that Steven R. Enochian has now been assigned as the attorney for this Defendant.

I consent to this substitution:

Dated: /2-/8-/2, 2012

County of Lake

By _____

I consent to this substitution:

Dated: 12/21/12, 2012

Burke, Williams & Sorensen, LLP

By _____
Eric A. Gale
Attorneys for Defendants County of Lake, Lake County Sheriff's Department, Rodney Mitchell; Jason Findley; Jeremy Wichlaz, Ryan West; Michael Hartman; Mari Gallardo; Roberta Bruck; Janice Mills; and Yvette Padilla

I consent to this substitution:

Dated: _____, 2012

Donnelly, Nelson, Depolo & Murray

By _____
Steven R. Enochian
Attorneys for Defendant Patricia Trujillo

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

D:\Documents and Settings\gale-e\Local Settings\Temporary Internet Files\OLK1\substitution of attorney - County.doc

- 2 -

Substitution of Attorneys

1  **THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED** that Defendant County
2  of Lake is hereby substituting the firm of Donnelly, Nelson, Depolo & Murray, 201 N. Civic
3  Drive, Suite 239, Walnut Creek, CA 94596, Telephone: (925) 287-8181, Facsimile: (925)
4  287-8188, as counsel in place of the firm of Burke, Williams & Sorensen. The reason for this
5  substitution is that Steven R. Enochian has now been assigned as the attorney for this
6  Defendant.

8  I consent to this substitution:
9  Dated: _____, 2012          County of Lake

11                                            By _____

12
13 I consent to this substitution:
14 Dated: _____, 2012          Burke, Williams & Sorensen, LLP

15                                            By _____
16                                            Eric A. Gale
                                              Attorneys for Defendants County of
17                                            Lake, Lake County Sheriff's
                                              Department, Rodney Mitchell; Jason
                                              Findley; Jeremy Wichlaz, Ryan West;
18                                            Michael Hartman; Mari Gallardo;
                                              Roberta Bruck; Janice Mills; and Yvette
19                                            Padilla

20
21 I consent to this substitution:
22 Dated: 11/27, 2012                        Donnelly, Nelson, Depolo & Murray

23                                            By _____
                                              Steven R. Enochian
24                                            Attorneys for Defendant Patricia Trujillo

25
26      [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]   1/3/13
27
28