Eric Anthony Gale, (SBN 172719)
E-mail: egale@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
2440 West El Camino Real, Suite 620
Mountain View, CA 94040-1499
Tel: 650.327.2672   Fax: 650.688.8333

Attorneys for Defendants
County Of Lake, Lake County Sheriff's Department,
Rodney Mitchell, Jason Findley, Jeremy Wichlaz,
Ryan West, Michael Hartman, Mari Gallardo,
Roberta Bruck, Janice Mills, and Yvette Padilla

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor, by and through her Guardian Ad Litem, ELIZABETH TOWN; and K.H., a minor, by and through her Guardian Ad Litem ELIZABETH TOWN; WILLIAM HATFIELD; and JUDY HATFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LAKE, LAKE COUNTY SHERIFF'S DEPARTMENT, RODNEY MITCHELL, JASON FINDLEY, JEREMY WICHLAZ, RYAN WEST, MICHAEL HARTMAN, MARI GALLARDO, ROBERTA BRUCK, JANICE MILLS, YVETTE PADILLA, LAKE COUNTY DEPARTMENT OF MENTAL HEALTH, PATRICIA TRUJILLO, CITY OF CLEARLAKE, CLEARLAKE POLICE DEPARTMENT, ALLAN MCCLAIN, TIMOTHY HOBBS, RODD JOSEPH, LAUREN VANCE, TRAVIS LENZ, TYLER PAULSEN, CALIFORNIA FORENSIC MEDICALGROUP, INC., ROBIN BRIGGS, KC GRIGSBY, F. ANTONIO, ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. d/b/a St. Helena Hospital Clearlake, LISA DENNY, WILLIAM T. DURKIN, JR., M.D., WILLIAM T. DURKIN, JR., M.D., INC., and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 4:11-cv-02396 PJH<br><br>**DEFENDANT COUNTY OF LAKE'S SUBSTITUTION OF ATTORNEYS AND ORDER** |

///

///

1 **THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED** that Defendant County of Lake is hereby substituting the firm of Donnelly, Nelson, Depolo & Murray, 201 N. Civic Drive, Suite 239, Walnut Creek, CA 94596, Telephone: (925) 287-8181, Facsimile: (925) 287-8188, as counsel in place of the firm of Burke, Williams & Sorensen. The reason for this substitution is that Steven R. Enochian has now been assigned as the attorney for this Defendant.

I consent to this substitution:

Dated: *12-18-12*, 2012

County of Lake

By _____

I consent to this substitution:

Dated: *12/21/12*, 2012

Burke, Williams & Sorensen, LLP

By _____
Eric A. Gale
Attorneys for Defendants County of Lake, Lake County Sheriff's Department, Rodney Mitchell; Jason Findley; Jeremy Wichlaz, Ryan West; Michael Hartman; Mari Gallardo; Roberta Bruck; Janice Mills; and Yvette Padilla

I consent to this substitution:

Dated: _____, 2012

Donnelly, Nelson, Depolo & Murray

By _____
Steven R. Enochian
Attorneys for Defendant Patricia Trujillo

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

D:\Documents and Settings\gale-e\Local Settings\Temporary Internet Files\OLK1\substitution of attorney - County.doc

- 2 -

Substitution of Attorneys

**THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED** that Defendant County of Lake is hereby substituting the firm of Donnelly, Nelson, Depolo & Murray, 201 N. Civic Drive, Suite 239, Walnut Creek, CA 94596, Telephone: (925) 287-8181, Facsimile: (925) 287-8188, as counsel in place of the firm of Burke, Williams & Sorensen. The reason for this substitution is that Steven R. Enochian has now been assigned as the attorney for this Defendant.

I consent to this substitution:

Dated: _____, 2012          County of Lake

                                     By _____

I consent to this substitution:

Dated: _____, 2012          Burke, Williams & Sorensen, LLP

                                     By _____
                                        Eric A. Gale
                                        Attorneys for Defendants County of
                                        Lake, Lake County Sheriff's
                                        Department, Rodney Mitchell; Jason
                                        Findley; Jeremy Wichlaz, Ryan West;
                                        Michael Hartman; Mari Gallardo;
                                        Roberta Bruck; Janice Mills; and Yvette
                                        Padilla

I consent to this substitution:

Dated: 11/27, 2012                   Donnelly, Nelson, Depolo & Murray

                                     By _____
                                        Steven R. Enochian
                                        Attorneys for Defendant Patricia Trujillo

1/3/13

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA