Magistrate Judge Marina-Elena James
January 28, 2013
Page 3
Re:    Hatfield v. Durkin, M.D., et al.


CASE NO.: 11-2396 PJH (MEJ)


[~~PROPOSED~~] **ORDER GRANTING TELEPHONIC APPEARANCE** AT SETTLEMENT CONFERENCE

    IT IS HEREBY ORDERED that William Durkin, M.D., and his insurance representative may be on telephone standby for the Settlement Conference scheduled for ~~February 15, 2013.~~
April 3, 2013

Dated:   January 30, 2013                            _____
                                             Honorable Judge Maria-Elena James

                                    Please note the settlement conference was continued
                                    to April 3, 2013 (See docket no. 190) at 10:00 a.m.