```
JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271
```

Attorney For Defendant
CALIFORNIA FORENSIC MEDICAL GROUP, INC.,
K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. and
ROBIN BRIGGS, L.V.N.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JIMMY RAY HATFIELD, WILLIAM HATFIELD; JUDY HATFIELD; ELIZABETH TOWN; R.H., a minor by and through her Guardian ad Litem, ELIZABETH TOWN; and K.H., by and through her Guardian ad Litem, ELIZABETH TOWN<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF LAKE, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:11 cv-02396- PJH<br><br>**AMENDMENT TO REQUEST FOR AUTHORIZATION FOR DEFENDANTS K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. and ROBIN BRIGGS, L.V.N. TO APPEAR TELEPHONICALLY AT CONTINUED MANDATORY SETTLEMENT CONFERENCE AND ~~PROPOSED~~ ORDER**<br><br>**Date: April 3, 2013** |

   Nursing defendants K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. and ROBIN BRIGGS, L.V.N. respectfully amend the erroneously listed date of February 15, 2013 on their Request for Authorization to Appear by Telephone at the Continued Mandatory Settlement Conference (Docket 193) to **April 3, 2013.**

Dated: January 28, 2013                TRIMBLE, SHERINIAN & VARANINI

                                       */s/ Jerome M. Varanini*
                                       By: Jerome M. Varanini
                                       Attorney For Defendants
                                       CALIFORNIA FORENSIC MEDICAL GROUP,
                                       INC., K.C. GRIGSBY, F.N.P., FAIRIN
                                       ANTONIO, L.V.N. and ROBIN BRIGGS,
                                       L.V.N.

1

**[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE**

I hereby excuse the personal appearance of defendants K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. and ROBIN BRIGGS, L.V.N. at the upcoming Settlement Conference scheduled for **April 3, 2013.** Said appearance may be made telephonically.

Dated: __01/30/2013__     _____
                                        Hon. Judge Maria-Elena James