MICHAEL D. GREEN, ESQ., SB# 214142
mgreen@abbeylaw.com
SCOTT R. MONTGOMERY, ESQ. SB#278060
smontgomery@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA  95402-1566
Telephone:     707-542-5050
Facsimile:      707-542-2589

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ESTATE OF JIMMY RAY HATFIELD; R.H., a minor, by and through her Guardian Ad Litem, ELIZABETH TOWN; and K.H., a minor, by and through her Guardian Ad Litem, ELIZABETH TOWN;  WILLIAM HATFIELD;  and JUDY HATFIELD;<br><br>            Plaintiffs,<br>     v.<br><br>COUNTY OF LAKE; RODNEY MITCHELL; JASON FINDLEY; JEREMY WICHLAZ; RYAN WEST; MICHAEL HARTMAN; MARI GALLARDO; ROBERTA BRUCK; JANICE MILLS; YVETTE PADDILA; KRISTY KELLY; PATRICIA TRUJILLO; CITY OF CLEARLAKE; ALLAN McCLAIN, TIMOTHY HOBBS; RODD JOSEPH; LAUREN VANCE; TRAVIS LENZ; TYLER PAULSEN; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; ROBIN BRIGGS; KC GRIGSBY;  F. ANTONIO; ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. d/b/a St. Helena Hospital Clearlake; WILLIAM T. DURKIN, Jr., M.D., WILLIAM T. DURKIN, Jr., M.D., INC.;  et al.<br><br>            Defendants, | CASE NO.:   4:11-cv-02396 PJH  (MEJ)<br><br>**REQUEST FOR AUTHORIZATION FOR PLAINTIFFS WILLIAM HATFIELD AND JUDY HATFIELD TO APPEAR TELEPHONICALLY AT THE MANDATORY SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:  April 3, 2013 |

-1-

Plaintiffs, WILLIAM HATFIELD and JUDY HATFIELD, respectfully request permission to allow to be excused from personally attending the Mandatory Settlement Conference, which is currently scheduled for April 3, 2013. Mr. and Mrs. Hatfield live in Lake County and both have health issues that make it difficult for them to travel. I will personally attend the settlement conference in person, along with Elizabeth Town, Guardian Ad Litem for Plaintiffs K.H. and R.H.

Mr. and Mrs. Hatfield will be available during the Mandatory Settlement conference via telephone.

Dated: March 15, 2013                ABBEY, WEITZENBERG, WARREN & EMERY

By  /s/ Scott R. Montgomery
Scott R. Montgomery
Attorneys for Plaintiffs

## [PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE

I hereby excuse the personal appearance of Plaintiffs, WILLIAM HATFIELD AND JUDY HATFIELD, at the upcoming Mandatory Settlement Conference scheduled for April 3, 2013. Said appearance can be made by telephone.

Dated: March 19, 2013                _____
Hon. Judge Maria-Elena James

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589