1  MICHAEL D. GREEN, ESQ., SB# 214142
   mgreen@abbeylaw.com
2  SCOTT R. MONTGOMERY, ESQ. SB#278060
   smontgomery@abbeylaw.com
3  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
   100 Stony Point Road, Suite 200
4  P.O. Box 1566
   Santa Rosa, CA  95402-1566
5  Telephone:     707-542-5050
   Facsimile:     707-542-2589
6

7  Attorneys for Plaintiffs

8

9                    UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11

12  ESTATE OF JIMMY RAY HATFIELD;          )   CASE NO.:   4:11-cv-02396 PJH  (MEJ)
    R.H., a minor, by and through her Guardian )
13  Ad Litem, ELIZABETH TOWN; and K.H.,    )   **REQUEST FOR AUTHORIZATION FOR**
    a minor, by and through her Guardian Ad )   **PLAINTIFFS WILLIAM HATFIELD AND**
14  Litem, ELIZABETH TOWN;  WILLIAM        )   **JUDY HATFIELD TO APPEAR**
    HATFIELD;  and JUDY HATFIELD;          )   **TELEPHONICALLY AT THE**
15                                          )   **MANDATORY SETTLEMENT**
                          Plaintiffs,       )   **CONFERENCE; [PROPOSED] ORDER**
16            v.                            )
                                            )
17  COUNTY OF LAKE; RODNEY                  )   Date:  April 3, 2013
    MITCHELL; JASON FINDLEY; JEREMY        )
18  WICHLAZ; RYAN WEST; MICHAEL            )
    HARTMAN; MARI GALLARDO;                )
19  ROBERTA BRUCK; JANICE MILLS;           )
    YVETTE PADDILA; KRISTY KELLY;          )
20  PATRICIA TRUJILLO; CITY OF             )
    CLEARLAKE; ALLAN McCLAIN,              )
21  TIMOTHY HOBBS; RODD JOSEPH;            )
    LAUREN VANCE; TRAVIS LENZ;             )
22  TYLER PAULSEN; CALIFORNIA              )
    FORENSIC MEDICAL GROUP, INC.;          )
23  ROBIN BRIGGS; KC GRIGSBY;  F.          )
    ANTONIO; ADVENTIST HEALTH              )
24  CLEARLAKE HOSPITAL, INC. d/b/a St.     )
    Helena Hospital Clearlake; WILLIAM T.  )
25  DURKIN, Jr., M.D., WILLIAM T.          )
    DURKIN, Jr., M.D., INC.;  et al.       )
26                                          )
                          Defendants,       )
27                                          )
                                            )
28                                          )

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

-1-

1      Plaintiffs, WILLIAM HATFIELD and JUDY HATFIELD, respectfully request

2  permission to allow to be excused from personally attending the Mandatory Settlement

3  Conference, which is currently scheduled for April 3, 2013.  Mr. and Mrs. Hatfield live in Lake

4  County and both have health issues that make it difficult for them to travel.  I will personally

5  attend the settlement conference in person, along with Elizabeth Town, Guardian Ad Litem for

6  Plaintiffs K.H. and R.H.

7      Mr. and Mrs. Hatfield will be available during the Mandatory Settlement conference via

8  telephone.

9

10  Dated:  March 15, 2013                    ABBEY, WEITZENBERG, WARREN & EMERY

11

12                                                        By  /s/ Scott R. Montgomery
                                                               Scott R. Montgomery
13                                                             Attorneys for Plaintiffs

14

15          [PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE

16      I hereby excuse the personal appearance of Plaintiffs, WILLIAM HATFIELD AND

17  JUDY HATFIELD, at the upcoming Mandatory Settlement Conference scheduled for April 3,

18  2013.  Said appearance can be made by telephone.

19

20  Dated:  ____March 19, 2013             _____
                                                             Hon. Judge Maria-Elena James
21

22

23

24

25

26

27

28

REQUEST FOR AUTHORIZATION FOR PLAINTIFFS WILLIAM HATFIELD AND          4:11-cv-02396 PJH
JUDY HATFIELD TO APPEAR TELEPHONICALLY AT THE MANDATORY SETTLEMENT CONFERENCE;
[PROPOSED] ORDER

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589