JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271

Attorney For Defendant
CALIFORNIA FORENSIC MEDICAL GROUP, INC.,
K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. and
ROBIN BRIGGS, L.V.N.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JIMMY RAY HATFIELD, WILLIAM HATFIELD; JUDY HATFIELD; ELIZABETH TOWN; R.H., a minor by and through her Guardian ad Litem, ELIZABETH TOWN; and K.H., by and through her Guardian ad Litem, ELIZABETH TOWN<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LAKE, et al.,<br><br>Defendants. | CASE NO. 1:11 cv-02396- PJH<br><br>**REQUEST FOR AUTHORIZATION FOR ALYSHA OLSEN, MEDICAL PROTECTIVE CLAIMS ADJUSTER FOR DEFENDANTS K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N.,ROBIN BRIGGS, L.V.N. AND CFMG TO APPEAR TELEPHONICALLY AT CONTINUED MANDATORY SETTLEMENT CONFERENCE AND PROPOSED ORDER**<br><br>Date: April 3, 2013 |

Medical defendants CFMG and nursing personnel K.C. GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. and ROBIN BRIGGS, L.V.N. respectfully request authorization for their claims adjuster from The Medical Protective, Ms. Alysha Olsen, to appear telephonically at the continued mandatory settlement conference on April 3, 2013. Mrs. Elaine Hustedt, an officer and one of the owners of the CALIFORNIA FORENSIC MEDICAL GROUP, INC. ("CFMG") with full settlement authority for CFMG will attend the settlement conference. MS. Olsen and Mrs. Hustedt both were present throughout the entire prior conference with the court that resulted in what defendants were advised was a settlement of the claims against these

1

1  defendants. Mrs. Hustedt will have full authority to participate in the further
2  conference and to the extent necessary, Ms. Olsen will be on telephone
3  availability.
4      This court graciously permitted telephone standby for the individually
5  named nursing defendants to be available by phone at the time of the scheduled
6  settlement conference and defendants have filed their confidential settlement
7  conference statement with this court as required by rule.
8  Dated: March 15, 2013                      TRIMBLE, SHERINIAN & VARANINI

                                            /s/ Jerome M. Varanini
                                            By: Jerome M. Varanini
                                            Attorney For Defendants
                                            CALIFORNIA FORENSIC MEDICAL GROUP,
                                            INC., K.C. GRIGSBY, F.N.P., FAIRIN
                                            ANTONIO, L.V.N. and ROBIN BRIGGS,
                                            L.V.N.

**[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE**

    I hereby excuse the personal appearance of Ms. Alysha Olsen the claims adjuster for defendants GRIGSBY, F.N.P., FAIRIN ANTONIO, L.V.N. ROBIN BRIGGS, L.V.N., and CFMG at the Settlement Conference scheduled for April 3, 2013. Said appearance may be made telephonically.

Dated: 3-18-13

                                            Hon. Judge Maria-Elena James