1 | DALE L. ALLEN, JR., SBN 145279
DIRK D. LARSEN, SBN 246028
2 | KEVIN P. ALLEN, SBN 252290
LOW, BALL & LYNCH
3 | 505 Montgomery Street, 7th Floor
San Francisco, California 94111
4 | Telephone:   (415) 981-6630
Facsimile:    (415) 982-1634
5 | Email: dallen@lowball.com

6 | Attorneys for Defendants
CITY OF CLEARLAKE, ALLAN WADE MCCLAIN,
7 | TIMOTHY HOBBS, RODD JOSEPH, LAUREN
VANCE, TRAVIS LENZ, and TYLER PAULSEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor, by and through her Guardian Ad Litem, ELIZABETH TOWN; and K.H., a minor, by and through her Guardian Ad Litem, ELIZABETH TOWN; WILLIAM HATFIELD; and JUDY HATFIELD,,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S DEPARTMENT; RODNEY MITCHELL; JASON FINDLEY; JEREMY WICHLAZ; RYAN WEST; MICHAEL HARTMAN; MARI GALLARDO; ROBERTA BRUCK; JANICE MILLS; YVETTE PADILLA; LAKE COUNTY DEPARTMENT OF MENTAL HEALTH; PATRICIA TRUJILLO; CITY OF CLEARLAKE; CLEARLAKE POLICE DEPARTMENT; ALLAN McCLAIN, TIMOTHY HOBBS; RODD JOSEPH; LAUREN VANCE; TRAVIS LENZ; TYLER PAULSEN; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; ROBIN BRIGGS; KC GRIGSBY; F. ANTONIO; ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. d/b/a St. Helena Hospital Clearlake; WILLIAM T. DURKIN, Jr., M.D., WILLIAM T. DURKIN, Jr., M.D., INC.; and DOES 1 THROUGH 50, | **Case No. 4:11-cv-02396 PJH (MEJ)**<br><br>**CITY OF CLEARLAKE DEFENDANTS' REQUEST TO BE EXCUSED FROM PERSONALLY ATTENDING THE SETTLEMENT CONFERENCE; [PROPOSED] ORDER.**<br><br>Date:   April 3, 2013<br>Time:  10:00 a.m.<br><br>Judge:  Hon. Maria-Elena James |

Defendants.

Defendants CITY OF CLEARLAKE, ALLAN McCLAIN, TIMOTHY HOBBS, RODD JOSEPH, LAUREN VANCE, TRAVIS LENZ and TYLER PAULSEN (collectively the "City Defendants") respectfully request that defendants McClain, Hobbs, Joseph, Vance, Lenz, and Paulsen be permitted to attend the April 3, 2013 settlement conference by telephone standby.

With the exception of Chief McClain, who is now retired and lives out-of-state, the individual defendants are officers of the Clearlake Police Department, a small municipal department that may not be able to provide full staffing and back-up for the purpose of public safety if five of its officers are in San Francisco for the settlement conference. In addition, the depositions of Chief McClain, Officer Vance, and Officer Lenz have not been taken in this matter.

Trial counsel Dale L. Allen, Jr. and/or Dirk D. Larsen will attend the settlement conference in person, along with a representative from the City of Clearlake. The representative will have the full authority to settle the matter on behalf of the individual defendants, and be fully able to participate in the settlement conference. This request is also made for the convenience of the Court, with respect to the number of persons attending the conference.

Dated: March 18, 2013

LOW, BALL & LYNCH

By   /s/   Dale L. Allen, Jr.
DALE L. ALLEN, JR.
DIRK D. LARSEN
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF CLEARLAKE, ALLAN WADE MCCLAIN, TIMOTHY HOBBS, RODD JOSEPH, LAUREN VANCE, TRAVIS LENZ, and TYLER PAULSEN

///
///

1  **[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE**

Defendants ALLAN McCLAIN, TIMOTHY HOBBS, RODD JOSEPH, LAUREN VANCE, TRAVIS LENZ and TYLER PAULSEN are hereby allowed to appear at the April 3, 2013 settlement conference by telephone standby.

Dated: March 19, 2013

_____
Honorable Magistrate Judge Maria-Elena James

-3-
CITY OF CLEARLAKE DEFENDANTS' REQUEST TO BE EXCUSED FROM PERSONALLY ATTENDING THE SETTLEMENT CONFERENCE; [PROPOSED] ORDER

J:\1427\sf0006\Pleading\MSC\Request to Appear Telephonically.docx    Case No: 4:11-cv-02396 PJH (MEJ)