**LOW, BALL & LYNCH**  ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111-2584
TELEPHONE (415) 981-6630 • FACSIMILE (415) 982-1634 • WWW.LOWBALL.COM

March 15, 2013

Hon. Maria-Elena James
Chief Magistrate Judge
U.S. District Court/Northern District
Courtroom B, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**FILED**
FEB 19 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

  Re: *Hatfield v. County of Lake, et al.*
    USDC Case No. CV 11 2396 MEJ

Dear Judge James:

  This case has been scheduled for a third settlement conference on April 3, 2013 at 10:00 a.m. I am writing to request a telephone appearance for the individual defendant officers for this settlement conference. As you may remember from our previous settlement conferences, a senior representative with settlement authority for the joint powers authority pool, of which the City of Clearlake is a member, has attended. As at the prior settlement conferences, another senior representative of the pool will be present at the third settlement conference, with full authority to resolve the case if possible. The City of Clearlake is a small police department and to require the individual officers to attend would place a great burden on the department to cover the necessary shifts.

  Thank you for your consideration.

              Very truly yours,

              LOW, BALL & LYNCH

              Dale L. Allen, Jr.

DLA/nmr
cc: Denise Billups-Stone, Esq.
   Sonja M. Dahl, Esq.
   Steven R. Enochian, Esq.
   Michael D. Green, Esq.
   Scott R. Kanter, Esq.
   Robert M. Slattery, Esq.
   Jerome M. Varanini, Esq.

Magistrate Judge Marina-Elena James
March 15, 2013
Page 2



CASE NO.: 11-2396 PJH (MEJ)

**[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE**

IT IS HEREBY ORDERED that City of Clearlake Police Department may be on telephone standby for the Settlement Conference scheduled for April 3, 2013.

Dated: 3-18-13

_____
Honorable Judge Maria-Elena James

Please note the settlement conference was continued to April 3, 2013 (see docket no. 190) at 10:00 a.m.