MICHAEL D. GREEN, ESQ., SB# 214142
mgreen@abbeylaw.com
SCOTT R. MONTGOMERY, ESQ., SB # 278060
smontgomery@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone:    707-542-5050
Facsimile:    707-542-2589

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JIMMY RAY HATFIELD; R.H., a minor, by and through her Guardian Ad Litem, ELIZABETH TOWN; and K.H., a minor, by and through her Guardian Ad Litem, ELIZABETH TOWN; WILLIAM HATFIELD; and JUDY HATFIELD;<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LAKE; et al.,<br><br>Defendants.<br>_____/ | Case No. 4:11-cv-02396 PJH<br><br>**PETITION FOR APPOINTMENT OF NEW GUARDIAN AD LITEM AND [PROPOSED] ORDER** |

Petitioner, WILLIAM TOWN, submits the following:

1. K.H. is a minor, born on July 6, 2000.

2. R.H. is a minor, born on January 28, 1999.

3. K.H. and R.H. are plaintiffs in the case of *Estate of Jimmy Ray Hatfield et al. v. County of Lake et al.* 4:11-cv-02396 PJH for claims arising out of the incident that occurred on May 17, 2010.

4. This Court previously appointed K.H. and R.H.'s mother ELIZABETH TOWN as the guardian ad litem for K.H. and R.H.

-1-

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND [PROPOSED] ORDER

5. ELIZABETH TOWN was killed in a traffic collision on June 24, 2013 in Lake County California. K.H. and R.H. now have no living mother or father.

6. WILLIAM TOWN is the surviving brother of ELIZABETH TOWN and the uncle of K.H and R.H.

7. WILLIAM TOWN was granted temporary guardianship of K.H. and R.H. by the Lake County Superior Court on July 24, 2013. A true and correct copy of the Order granting temporary guardianship is attached hereto as Exhibit A.

8. WILLIAM TOWN is in the process of obtaining permanent guardianship of K.H. and R.H.

9. Both R.H. and K.H. now reside with WILLIAM TOWN and his family at 2612 49th Ave SW, Seattle, WA 98116.

10. Petitioner WILLIAM TOWN is a competent and responsible person, and fully competent to act as guardian ad litem for K.H. and R.H.

11. Petitioner is willing and consents to act as guardian ad litem for K.H. and R.H.

WHEREFORE, petitioner consents to the appointment of guardian ad litem moves the court for an order appointing WILLIAM TOWN, as guardian ad litem for K.H. and R.H., for the purpose of prosecuting the action herein.

DATED: 8/15/2013

WILLIAM TOWN

### ORDER

The petition for an order appointing WILLIAM TOWN as guardian ad litem to K.H. and R.H. is GRANTED.

IT IS SO ORDERED.

DATED: 9/5/13



UNITED STATES DISTRICT JUDGE

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND [PROPOSED] ORDER

**EXHIBIT "A"**

GC-140

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JAMES K. CARROLL, ESQ. SBN 289064<br>A FAMILY LAW FIRM<br><br>1612 FOURTH STREET<br>SANTA ROSA, CA 95404<br>TELEPHONE NO.: 707-525-5778   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): William Leo Town II & Nikki Lynn Wildfang | F I L E D<br>SUPERIOR COURT<br>COUNTY OF LAKE<br><br>JUL 24 2013<br><br>Krista L. LaHier<br>By:<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LAKE
STREET ADDRESS: 255 N. Forbes Street
MAILING ADDRESS: Family Law Division
CITY AND ZIP CODE: Lakeport, CA 95453
BRANCH NAME: Probate

TEMPORARY GUARDIANSHIP OF THE [X] PERSON [X] ESTATE OF
(Name): Rayeann Marie Hatfield and Kayla Nicole Hatfield
                                                                                            MINOR

| ORDER APPOINTING TEMPORARY GUARDIAN | CASE NUMBER: PR 501695 |
|---|---|

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. The petition for appointment of a temporary guardian came on for hearing as follows (check boxes c-l to indicate personal presence):
   a. Judicial officer (name):
   b. Hearing date:       Time:                  [ ] Dept.:          [ ] Room:
   c. [X] Petitioner (name): William Leo Town II and Nikki Lynn Wildfang
   d. [X] Attorney for petitioner (name): JAMES K. CARROLL, ESQ. SBN 289064
   e. [ ] Minor (name):
   f. [ ] Attorney for minor (name):
   g. [ ] Minor's parents (names):
   h. [ ] Attorney for minor's parents (names):
   i. [ ] Person with valid visitation order (name):
   j. [ ] Attorney for person with valid visitation order (name):
   k. [ ] Public Guardian (name):
   l. [ ] Attorney for Public Guardian (name):

THE COURT FINDS
2. a. [X] Notice of the time and place of hearing has been given as required by law.
   b. [ ] Notice of the time and place of hearing [ ] has been [ ] should be dispensed with for (names):

3. It is necessary that a temporary guardian be appointed to [X] provide for temporary care, maintenance, and support
   [X] protect property from loss or injury  [X] pending the hearing on the petition for appointment of a general guardian.
   [ ] pending an appeal under Probate Code section 1301.  [ ] during the suspension of powers of the guardian.

THE COURT ORDERS
4. a. [X] (Name): William Leo Town II and Nikki Lynn Wildfang
       (Address): 2612 49th Ave SW                               (Telephone): 206-932-5369
       Seattle, WA 98116

       is appointed temporary guardian of the PERSON of (name): Rayeann Marie Hatfield and Kayla Nicole Hatfield
       and Letters shall issue upon qualification.

   b. [X] (Name): William Leo Town II and Nikki Lynn Wildfang
       (Address): 2612 49th Ave SW                               (Telephone): 206-932-5369
       Seattle, WA 98116

       is appointed temporary guardian of the ESTATE of (name): Rayeann Marie Hatfield and Kayla Nicole Hatfield
       and Letters shall issue upon qualification.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
GC-140 [Rev. January 1, 2009]

ORDER APPOINTING TEMPORARY GUARDIAN
(Probate—Guardianships and Conservatorships)

Legal Solutions Plus

Probate Code, §§ 2250-2254




GC-140

| TEMPORARY GUARDIANSHIP OF | CASE NUMBER: |
|---|---|
| (Name): Rayeann Marie Hatfield and Kayla Nicole Hatfield   MINOR | |

5. ☐ Notice of hearing to the persons named in item 2b is dispensed with.

6. a. ☒ Bond is not required.
   b. ☐ Bond is fixed at: $0.00   to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $0.00   are ordered to be placed in a blocked account at (specify institution and location):

   and receipts shall be filed. No withdrawals shall be made without a court order. ☐ Additional orders in attachment 6c.
   d. ☐ The temporary guardian is not authorized to take possession of money or any other property without a specific court order.

7. ☐ In addition to the powers granted by law, the temporary guardian is granted other powers. These powers are specified
   ☐ in attachment 7.   ☐ below (specify):

8. ☐ Other orders as specified in attachment 8 are granted.
9. ☐ Unless modified by further order of the court, this order expires on (date):
10. Number of boxes checked in items 4–9: ____
11. Number of pages attached: ____

Date: 7-24-13

Richard C. Martin
JUDICIAL OFFICER

☐ SIGNATURE FOLLOWS LAST ATTACHMENT

GC-140 [Rev. January 1, 2008]   **ORDER APPOINTING TEMPORARY GUARDIAN**   Page 2 of 2
(Probate—Guardianships and Conservatorships)

## CERTIFICATE OF SERVICE

I, Michael D. Green, attorney of record for plaintiffs ESTATE OF JIMMY RAY HATFIELD; R.H., a minor, by and through her Guardian Ad Litem, ELIZABETH TOWN; and K.H., a minor, by and through her Guardian Ad Litem, ELIZABETH TOWN; WILLIAM HATFIELD; and JUDY HATFIELD, do hereby certify that on August 28, 2013, I electronically filed the foregoing **"PETITION FOR APPOINTMENT OF NEW GUARDIAN AD LITEM AND [PROPOSED] ORDER"** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: August 28, 2013         ABBEY, WEITZENBERG, WARREN & EMERY


By: _____/s/ Lisa Dabbs_____
         LISA DABBS