1  DALE L. ALLEN, JR., SBN 145279
   KEVIN P. ALLEN, SBN 252290
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111
   Telephone:   (415) 981-6630
4  Facsimile:   (415) 982-1634
   Email: dallen@lowball.com
5
   Attorneys for Defendants
6  CITY OF CLEARLAKE, ALLAN WADE MCCLAIN,
   TIMOTHY HOBBS, RODD JOSEPH, LAUREN
7  VANCE, TRAVIS LENZ, and TYLER PAULSEN
8
                   UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  R.H., a minor, by and through her          Case No. 4:11-cv-02396 PJH (MEJ)
    Guardian Ad Litem, ELIZABETH
12  TOWN; and K.H., a minor, by and            **NOTICE OF SUBSTITUTION OF**
    through her Guardian Ad Litem,             **ATTORNEY** AND ORDER
13  ELIZABETH TOWN; WILLIAM
    HATFIELD; and JUDY HATFIELD,,
14
                   Plaintiffs,
15
        vs.
16
    COUNTY OF LAKE; LAKE COUNTY
17  SHERIFF'S DEPARTMENT; RODNEY
    MITCHELL; JASON FINDLEY,
18  JEREMY WICHLAZ; RYAN WEST;
    MICHAEL HARTMAN; MARI
19  GALLARDO; ROBERTA BRUCK;
    JANICE MILLS; YVETTE PADILLA;
20  LAKE COUNTY DEPARTMENT OF
    MENTAL HEALTH; PATRICIA
21  TRUJILLO; CITY OF CLEARLAKE;
    CLEARLAKE POLICE DEPARTMENT;
22  ALLAN McCLAIN, TIMOTHY HOBBS;
    RODD JOSEPH; LAUREN VANCE;
23  TRAVIS LENZ; TYLER PAULSEN;
    CALIFORNIA FORENSIC MEDICAL
24  GROUP, INC.; ROBIN BRIGGS; KC
    GRIGSBY; F. ANTONIO; ADVENTIST
25  HEALTH CLEARLAKE HOSPITAL,
    INC. d/b/a St. Helena Hospital Clearlake;
26  WILLIAM T. DURKIN, Jr., M.D.,
    WILLIAM T. DURKIN, Jr., M.D., INC.;
27  and DOES 1 THROUGH 50,

28                 Defendants.

1   Notice is hereby given that, effective January 2, 2014, subject to approval by the court,
2   defendants CITY OF CLEARLAKE, ALLAN WADE MCCLAIN, TIMOTHY HOBBS, RODD
3   JOSEPH, LAUREN VANCE, TRAVIS LENZ, and TYLER PAULSEN substitute Dale L. Allen, Jr.,
4   State Bar No. 145279 of Allen, Glaessner & Werth, 180 Montgomery Street, Suite 1200, San Francisco,
5   California, 94104, telephone: (415) 697-2000 as counsel of record in place of Dale L. Allen, Jr. and the
6   law firm of Low Ball & Lynch.

I consent to the above substitution.

Dated: 1/2/14

Joanne Rennie for CITY OF CLEARLAKE, and the following individual in their capacity as Officers of the City of Clearlake Police Department: ALLAN WADE MCCLAIN, TIMOTHY HOBBS, RODD JOSEPH, LAUREN VANCE, TRAVIS LENZ, and TYLER PAULSEN

I consent to be substituted.

Dated: 1/9/14

Dale L. Allen, Jr.

I consent to the above substitution.

Dated: 1/9/14

Dale L. Allen, Jr.

The substitution of attorney is hereby approved and so ORDERED.

Dated: 1/17/14

The Honorable Judge Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA