UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

R.H., et al.,

    Plaintiffs,

  v.

COUNTY OF LAKE, et al.,

    Defendants.

_____/

No. C 11-2396 PJH

**ORDER RE STATUS OF CLAIMS AGAINST DR. DURKIN**

Following a settlement conference held on April 29, 2014, the parties in the above-captioned case indicated that the case had been settled in full, and that counsel would file stipulations regarding the minor's compromise of claims. See Dkt. 236. On May 9, 2014, the parties filed a minor's compromise as to the claims against two of the remaining defendants (County of Lake and Patricia Trujillo). However, no minor's compromise has been filed as to the last remaining defendant, William T. Durkin, Jr., M.D.

Given the amount of time that has passed since the case was reportedly settled, the court hereby orders the parties to file a status report as to the settlement of the claims against Dr. Durkin by **June 24, 2014**. If, by that date, the parties file a minor's compromise as to the claims against Dr. Durkin, no status report need be filed.

**IT IS SO ORDERED.**

Dated: June 17, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge