UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

R.H., et al.,

    Plaintiffs,

    v.

COUNTY OF LAKE, et al.,

    Defendants.
_____/

No. C 11-2396 PJH

**ORDER SCHEDULING A CASE MANAGEMENT CONFERENCE**

The remaining parties, plaintiffs and Dr. Durkin, have filed separate statements in response to the court's request for a joint status statement regarding the settlement ostensibly reached by them on April 29, 2014. There appears to be a dispute as to the identity of the charity to whom Dr. Durkin will make a donation in the plaintiffs' names and as to whether the amount of the contribution is to be $5,000 or $5,001. Plaintiffs have additionally filed a supplemental status statement along with an application for approval of minor's compromise and proposed order, which seeks the court's approval of their understanding of the agreement. As it appears to the court that there was no meeting of the minds as to the identity of the charity, the parties are ORDERED to immediately meet and confer and attempt to resolve this issue themselves. If unsuccessful, the parties shall appear for a Case Management Conference on **July 24, 2014** at 2:00 p.m., at which time this matter will be scheduled for trial.

**IT IS SO ORDERED.**

Dated: June 27, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge