MICHAEL D. GREEN, ESQ., SB# 214142
mgreen@abbeylaw.com
SCOTT R. MONTGOMERY, ESQ., SB# 278060
smontgomery@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA  95402-1566
Telephone:     707-542-5050
Facsimile:      707-542-2589

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ESTATE OF JIMMY RAY HATFIELD; R.H., a minor, by and through her Guardian Ad Litem, ELIZABETH TOWN; and K.H., a minor, by and through her Guardian Ad Litem, ELIZABETH TOWN;  WILLIAM HATFIELD;  and JUDY HATFIELD;<br><br>                    Plaintiffs,<br>     v.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S DEPARTMENT; RODNEY MITCHELL; JASON FINDLEY, JEREMY WICHLAZ; RYAN WEST; MICHAEL HARTMAN; MARI GALLARDO; ROBERTA BRUCK; JANICE MILLS; YVETTE PADDILA; LAKE COUNTY DEPARTMENT OF MENTAL HEALTH; KRISTY KELLY; PATRICIA TRUJILLO; CITY OF CLEARLAKE; CLEARLAKE POLICE DEPARTMENT; ALLAN McCLAIN, TIMOTHY HOBBS; RODD JOSEPH; LAUREN VANCE; TRAVIS LENZ; TYLER PAULSEN; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; ROBIN BRIGGS;  KC GRIGSBY;  F. ANTONIO;  ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. d/b/a St. Helena Hospital Clearlake;  LISA DENNY; WILLIAM T. DURKIN, Jr., M.D., WILLIAM T. DURKIN, Jr., M.D., INC.; et al.<br>                    Defendants, | CASE NO.:  4:11-cv-02396 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE CASE** |

-1-

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs, ESTATE OF JIMMY RAY HATFIELD; R.H., a minor, by and through her Guardian Ad Litem, WILLIAM TOWN; and K.H., a minor, by and through her Guardian Ad Litem, WILLIAM TOWN; WILLIAM HATFIELD; and JUDY HATFIELD and defendants WILLIAM T. DURKIN, Jr., M.D. and WILLIAM T. DURKIN, Jr., M.D., INC. that the plaintiffs' above-captioned action is hereby dismissed WITH PREJUDICE, as to WILLIAM T. DURKIN, Jr., M.D., WILLIAM T. DURKIN, Jr., M.D., INC., and to the entire action of all parties and all causes of action.  Each party to bear their attorney fees and costs.

DATED: October 8, 2012     ABBEY, WEITZENBERG, WARREN & EMERY

By     /s/ Michael D. Green
       MICHAEL D. GREEN
       Attorney for Plaintiffs

DATED: October 8, 2012     DONNELLY NELSON DEPOLO & MURRAY

By     /s/ Barry C. Marsh
       BARRY C. MARSH
       Attorneys for Defendants WILLIAM T.
       DURKIN, Jr., M.D. and WILLIAM T.
       DURKIN, Jr., M.D., INC.

# ORDER

IT IS SO ORDERED.

Dated: 9/24/14



THE HONORABLE PHYLLIS J. HAMILTON
USDC Judge, Northern District of California

SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated:  October 8, 2012                           ABBEY, WEITZENBERG, WARREN & EMERY


                                                  By     /s/ Michael D. Green
                                                         MICHAEL D. GREEN
                                                         Attorney for Plaintiffs